# JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRE-BANC BUSINESS CREDIT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD S.W. CHUN, an individual; BARBARA J. CHUN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:21-CV-00325-JVS-KES<br>Assigned to Hon. James V. Selna<br><br>**ORDER DISMISSING COMPLAINT [FRCP 41(a)(1)(A)(ii)]**<br><br>Action Filed: February 18, 2021 |

The Court, having considered the Stipulation for Dismissal of the Complaint entered into by and between Plaintiff PRE-BANC BUSINESS CREDIT, INC., a California corporation ("Plaintiff"), on the one hand, and Defendants RONALD S.W. CHUN, an individual and BARBARA J. CHUN, an individual, on the other hand (collectively, "Defendants"), and for good cause appearing,

///

///

///

**IT IS HEREBY ORDERED that,**

1. The Stipulation is approved;

2. The Complaint is dismissed **with** prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and

3. Recovery of attorneys' fees and costs shall be as set forth in the Settlement and Release Agreement entered into between the Parties.

**IT IS SO ORDERED.**

Dated: July 30, 2021

HON. JAMES V. SELNA
JUDGE OF THE U.S. DISTRICT COURT